FILED by CF D.C.
ELECTRONIC

FEB. 11, 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20073-CR-JORDAN/MCALILEY
21 U.S.C. § 963
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

JUAN DIEGO MONTOYA-BERNAL,
a/k/a "Juan Diego Trujillo-Montoya,"
a/k/a "Mechas," and
CARLOS ALBERTO MELO-MUNOZ,
a/k/a "Melo,"

Defendants.
_______________________________________/

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning in or around 2000, the exact date being unknown to the Grand Jury, and continuing until in or around April 2009, in the country of Colombia, South America and elsewhere, the defendants,

JUAN DIEGO MONTOYA-BERNAL,
a/k/a "Juan Diego Trujillo-Montoya,"
a/k/a "Mechas,"
and
CARLOS ALBERTO MELO-MUNOZ,
a/k/a "Melo,"

did knowingly and intentionally combine, conspire, confederate, and agree with each other and persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, knowing that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

**FORFEITURE ALLEGATIONS**

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of property in which the defendants have an interest.

2. Upon conviction of any violation of Title 21, United States Code, Section 963, the defendants shall forfeit to the United States any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such violations, and any property which the defendants used or intended to be used in any manner or part to commit and to facilitate the commission of such violations.

All pursuant to Title 21, United States Code, Section 853(a)(1) and (2).

A TRUE BILL

FOREPERSON

JEFFREY H. SLOMAN
UNITED STATES ATTORNEY

ALEJANDRO O. SOTO
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA** **CASE NO.** ______________________

**vs.**

**JUAN DIEGO MONTOYA-BERNAL, a/k/a "Mechas" and "Juan Diego Trujillo-Montoya," and CARLOS ALBERTO MELO-MUNOZ, a/k/a "Melo,"**

**Defendants.** /

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

X Miami ___ Key West
___ FTL ___ WPB ___ FTP

New Defendant(s) Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) Yes
List language and/or dialect Spanish

4. This case will take 5 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| (Check only one) | | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | |
| II | 6 to 10 days | | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | X |
| V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No) No
If yes:
Judge: ______________ Case No. ______________
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No) No
If yes:
Magistrate Case No. ______________
Related Miscellaneous numbers: ______________
Defendant(s) in federal custody as of ______________
Defendant(s) in state custody as of ______________
Rule 20 from the ______________ District of ______________

Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes X No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes X No

ALEJANDRO O. SOTO
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No.

*Penalty Sheet(s) attached

REV 4/8/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** **JUAN DIEGO MONTOYA-BERNAL, a/k/a "Mechas" and "Juan Diego Trujillo-Montoya**

**Case No:** ______

Count #: 1

Conspiracy to distribute cocaine with knowledge that it will be imported into the United States.

Title 21, United States Code, Section 963

*** Max.Penalty:** Life Imprisonment

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** CARLOS ALBERTO MELO-MUNOZ, a/k/a "Melo"

**Case No:** ______

Count #: 1

Conspiracy to distribute cocaine with knowledge that it will be imported into the United States.

Title 21, United States Code, Section 963

*** Max.Penalty:** Life Imprisonment

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**