UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-CR-20073-SEITZ

UNITED STATES OF AMERICA

vs.

JUAN DIEGO MONTOYA-BERNAL,

    **Defendant.**
_____/

## ORDER GRANTING DEFENDANT MONTOYA-BERNAL'S UNOPPOSED MOTION TO TERMINATE SUPERVISED RELEASE

THIS MATTER came before the Court on Defendant Juan Diego Montoya-Bernal's Unopposed Motion to Terminate Supervised Release [DE 112]. The Court has considered the Motion, the factors set forth in 18 U.S.C. § 3553(a), and the record. For the reasons below, the Court will grant Defendant's Unopposed Motion to Terminate Supervised Release.

On August 4, 2018, Defendant began his 48-month term of supervised release and has completed 30 months of that term without incident. Defendant's motion states that neither Assistant United States Attorney Lynn Kirkpatrick or the assigned supervised release officer oppose the Motion. It states further that Defendant has complied with all the conditions of release, including his employment obligations. Specifically, Defendant is the owner and president of Magic City Freight, a logistic company that transports goods and cargo which company the Probation Office has vetted. Finally, Defense Counsel asserts that Defendant continues to fulfill his plea bargain commitments.

The Court has considered Defendant's unopposed Motion, the record, including the nature of his conviction, his continued adherence to the terms of his plea agreement and has applied the factors set forth in 18 U.S.C. § 3553(a). These factors require a Court, in exercising its authority to grant early termination under 18 U.S.C. §3583(e)(1), to consider, among other things, the nature and circumstances of the offense and the history and characteristics of the defendant. 18 U.S.C. § 3553(a)(1) & (2). See also, *United States v. Johnson*, 877 F.3d 993, 997 (11th Cir. 2017). After considering these factors, a court may terminate a term of supervised release at any time after the expiration of one year of supervised release, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice. 18 USC § 3583 (e)(1).

Based on the record and the law, the undersigned finds that in the interests of justice, Defendant's supervised release should be terminated. Therefore, it is

**ORDERED** that Defendant's Juan Diego Montoya-Bernal's Unopposed Motion to Terminate Supervised Release [DE 112] is **GRANTED**.

DONE AND ORDERED in Miami, Florida, this 11th day of February 2021.

*Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Counsel of record